SWANK v. SWANK, *Executor, Appellant.*

1. **Practice:** BILL OF EXCEPTIONS: FILING OF. Leave given to present a bill of exceptions to the judge on or before a given date in vacation, which by agreement of parties is entered of record, clearly gives the right to file the bill within the given time.

2. ———: DISMISSAL OF APPEAL. Where the record fails to show that an appeal was allowed, the cause will be stricken from the docket of the supreme court.

*Appeal from Mississippi Circuit Court.*—HON. J. D. FOSTER, Judge.

APPEAL DISMISSED.

Field v. Stubblefield.

*H. C. O'Bryan* for appellant.

*Smith & Krauthoff* and *R. A. Hatcher* for respondent.

BLACK, J.—The judgment was rendered on the twelfth day of October, 1881, by the Mississippi circuit court, and leave was given to *present* bill of exceptions to the judge on or before the fifth day of the Scott circuit court. This was, by agreement of parties, entered of record and clearly enough gave defendant the right to file the bill within that time, which was done. Still it does not appear that any appeal was allowed by the court, and for this reason the cause must be stricken from the docket, and it is so ordered. Henry, C. J., absent. The other judges concur.